UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEADENE BAKER,

    Plaintiff,

v.     Case No. 12-14512

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
                                    /

## JUDGMENT

In accordance with the court's " Order Adopting Magistrate Judge's Report and Recommendation and Dismissing Complaint," dated August 16, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Michael J. Astrue and against Plaintiff Leadene Baker. Dated at Detroit, Michigan, this 16th day of August 2013.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                                              S/Holly Monda for Lisa Wagner
                                              By: Case Manager and Deputy Clerk to
                                                   Judge Robert H. Cleland

V:\Cleland\JUDGE'S DESK\C1 ORDERS\12-14512.BAKER.Dismiss R&R.wpd